IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| GARRETT GIBB, #1104016 | § | |
| VS. | § | CIVIL ACTION NO. 6:04cv81 |
| CHRISTINA CRAIN, ET AL. | § | |

ORDER OF PARTIAL DISMISSAL

Plaintiff Garrett Gibb, an inmate confined at the Coffield Unit, proceeding *pro se* and *in forma pauperis*, filed this lawsuit pursuant to the Religious Land Use and Institutionalized Persons Act ("RLUIPA"). The complaint was referred to United States Magistrate Judge Judith K. Guthrie, who issued a Report and Recommendation concluding that the Plaintiff's claims for damages against the Defendants under RLUIPA should be dismissed. The Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of the Plaintiff are without merit. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Plaintiff's claims for damages against the Defendants in either their official or individual capacities are **DISMISSED**.

**So ORDERED and SIGNED this 19th day of March, 2008.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**